IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>DEPUTY HALL, et al.,<br><br>        Defendants. | Civil Action No. 08-233 Erie |

## **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on August 13, 2008.

The Magistrate Judge's Report and Recommendation [Doc. No. 10], filed on February 4, 2009, recommended that the action be dismissed for failure to prosecute. The parties were allowed ten (10) days from the date of service to file objections. No objections were filed. After de novo review of the documents in the case, and together with the Report and Recommendation, the following order is entered:

AND NOW, this 24th day of February, 2009;

IT IS HEREBY ORDERED that this action is DISMISSED for failure to prosecute.

The Report and Recommendation [Doc. No. 10] of Magistrate Judge Baxter, filed on February 4, 2009, is adopted as the opinion of the Court.

                                                                      s/    Sean J. McLaughlin
                                                                         United States District Judge

cm:    All parties of record
          Susan Paradise Baxter, U.S. Magistrate Judge